IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Allen, Ruby L

Printed: 11/25/08

Case Number: 07 B 19460
Judge: Squires, John H
Filed: 10/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 24, 2008
Confirmed: December 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,100.00 |  |
| Secured: |  | 11,017.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 950.00 |
| Trustee Fee: |  | 749.53 |
| Other Funds: |  | 1,382.87 |
| Totals: | 14,100.00 | 14,100.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 950.00 | 950.00 |
| 2. | Select Portfolio Servicing | Secured | 17,992.64 | 11,017.60 |
| 3. | Select Portfolio Servicing | Secured | 28,463.83 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 804.24 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 298.14 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 1,110.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 514.23 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 300.81 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 473.15 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 559.00 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 108.41 | 0.00 |
| 12. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 13. | Advocate South Suburban Hosp | Unsecured |  | No Claim Filed |
| 14. | Payday Loan | Unsecured |  | No Claim Filed |
|  |  |  | $ 51,574.45 | $ 11,967.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 383.40 |
| 6.5% | 299.00 |
| 6.6% | 67.13 |
|  | $ 749.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allen, Ruby L | Case Number:  07 B 19460 |
| | Judge:  Squires, John H |
| Printed: 11/25/08 | Filed:  10/19/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

